

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Randy Lee Auen

**Civil Action No.** 25-cv-01195-TWR-BLM

**Plaintiff,**

**V.**

Alpha Project, Bob McElroy

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

**Date:**          4/24/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy